RE: Case No. 25-0449                           DATE: 8/1/2025
COA #: 15-24-00049-CV           TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

    Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

SHANNON  HUGGINS
P. O. BOX 533
SNOOK, TX  77878
* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0449         DATE: 8/1/2025
COA #: 15-24-00049-CV      TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

      Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

                     CHRISTOPHER  PRINE
                     FIFTEENTH COURT OF APPEALS
                     P.O, BOX 12852
                     AUSTIN, TX  78711
                     * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0449                     DATE: 8/1/2025
COA #: 15-24-00049-CV          TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

Today the Supreme Court of Texas denied the petition
for review in the above-referenced case.


                    MICHELLE  PIQUE
                    971 CHINN CHAPEL ROAD
                    LEWISVILLE, TX  75077
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0449                           DATE: 8/1/2025
COA #: 15-24-00049-CV              TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

    Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. STEPHANIE  CRISCIONE
ASSISTANT ATTORNEY GENERAL
PO BOX 12548 CAPITOL STATION
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0449       DATE: 8/1/2025
  COA #: 15-24-00049-CV   TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

  Today the Supreme Court of Texas denied the petition
for review in the above-referenced case.

        DISTRICT CLERK  TRAVIS COUNTY
        TRAVIS COUNTY COURT
        P. O. BOX 679003
        AUSTIN, TX  78767
        * DELIVERED VIA E-MAIL *

RE: Case No. 25-0449                          DATE: 8/1/2025
COA #: 15-24-00049-CV                TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MR. WILLIAM  WASSDORF
OFFICE OF THE ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0449                      DATE: 8/1/2025
COA #: 15-24-00049-CV          TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

SHARON  JOROLAN
5224 MARKS CIRCLE
THE COLONY, TX  75056
* DELIVERED VIA E-MAIL *